# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE YOUSIF HALLOUM<br><br>YOUSIF H. HALLOUM,<br>    Appellant<br>v.<br>WELLS FARGO BANK,<br>    Appellee | Case No.: 2:19-cv-00037-APG<br><br>**Order Granting Motion to Expedite and Setting Briefing Schedule**<br><br>[ECF No. 4] |

IT IS ORDERED that appellant Yousif Halloum's motion to expedite **(ECF No. 4) is GRANTED** in that I hereby set the briefing schedule for this bankruptcy appeal as follows:

Appellant Yousif Halloum's opening brief is due on or before March 7, 2019.

Any responsive briefs must be filed on or before April 2, 2019.

Any reply brief must be filed on or before April 12, 2019.

DATED this 6th day of February, 2019.

                                                              ANDREW P. GORDON<br>
                                                              UNITED STATES DISTRICT JUDGE