# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOUSIF H. HALLOUM,<br><br>　　　Appellant<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>　　　Appellees | Case No.: 2:19-cv-00037-APG<br><br>**Order Setting Response Deadline** |

IT IS ORDERED that responses to appellant Yousif Halloum's motion to transfer venue (ECF No. 16) are due on or before May 2, 2019.

DATED this 23rd day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE