# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: YOUSIF HALLOUM | Case No.: 2:19-cv-00037-APG |
| YOUSIF H. HALLOM, | **Order Referring to Pro Bono Program** |
| Appellant, | |
| v. | |
| WELLS FARGO BANK, | |
| Defendant | |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for appellant Yousif Halloum. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, I am not expressing an opinion as to the merits of the case.

I THEREFORE ORDER this case referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

I FURTHER ORDER the Clerk of Court to forward this order to the Pro Bono Liaison.

DATED this 5th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE