# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: YOUSIF HALLOUM<br><br>YOUSIF H. HALLOM,<br><br>    Appellant,<br><br>v.<br><br>WELLS FARGO BANK,<br><br>    Defendant | Case No.: 2:19-cv-00037-APG<br><br>**Order Denying Motions for Temporary Restraining Order, Preliminary, and Permanent Injunction**<br><br>[ECF Nos. 55, 56] |

Appellant Yousif Halloum filed motions for temporary, preliminary, and permanent injunctive relief to stop foreclosure of his property located at 2428 Devotion Ridge Drive in Henderson, Nevada. Halloum presented evidence that he received a notice of default and intent to accelerate. ECF No. 55-1. But no foreclosure sale has been noticed and no date set for a sale such that emergency injunctive relief is appropriate at this stage. I therefore deny the motion without prejudice to refile should circumstances change.

I THEREFORE ORDER that appellant Yousif Halloum's motions for temporary, preliminary, and injunctive relief **(ECF Nos. 55, 56) are DENIED without prejudice**.

DATED this 5th day of December, 2019.

                                                                           ANDREW P. GORDON<br>
                                                                           UNITED STATES DISTRICT JUDGE